**DISMISS; and Opinion Filed August 1, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00956-CR

### MARCUS TYRONE RUNNELLS, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 064419**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lang-Miers
Opinion by Justice Lang-Miers

Marcus Tyrone Runnells was convicted of seven counts of credit or debit card abuse of the elderly, as alleged in one indictment. Pursuant to a plea agreement, the State withdrew two of the enhancement paragraphs alleged in the indictment and the trial court assessed punishment, enhanced by prior convictions, at fifteen years' imprisonment on each count. Appellant waived his right to appeal as part of the plea agreement. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000). The trial court certified that appellant has no right to appeal. *See* TEX. R. APP. P. 25.2(d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005).

We dismiss the appeal for want of jurisdiction.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

140956F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

MARCUS TYRONE RUNNELLS,
Appellant

No. 05-14-00956-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 397th Judicial District
Court, Grayson County, Texas
Trial Court Cause No. 064419.
Opinion delivered by Justice Lang-Miers,
Justices Bridges and Francis participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.


Judgment entered this 1st day of August, 2014.